UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN GROSS                                                                                          PLAINTIFF

V.                                          CIVIL ACTION NO. 3:25-CV-861-KHJ-MTP

OFFICER DEBBIE UNKNOWN                                                          DEFENDANT

ORDER

Before the Court is Magistrate Judge Michael T. Parker's [5] Report and Recommendation. The Court adopts the [5] Report, denies Plaintiff John Gross's ("Gross") [2] Motion for Leave to Proceed in forma pauperis ("IFP"), and dismisses this case without prejudice.

Gross filed his [2] Motion on November 12, 2025. Mot. [2]. On December 8, 2025, the Court ordered Gross to clarify his IFP application. Order [3]. Gross did not respond. So the Court then ordered Gross to explain why the Court should not deny his IFP motion and dismiss his case for failure to comply with the Court's orders. O.S.C. [4]. Gross still did not respond.

To date, Gross has not clarified his IFP application or responded to the Court's [3, 4] Orders. Accordingly, the [5] Report recommends denying Gross IFP status and dismissing this action without prejudice. R & R [5] at 2.

The [5] Report notified Gross that failure to file written objections within 14 days would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* Gross has not objected to the [5] Report, and the time to do so has passed.

When no party objects to a magistrate judge's report, the Court need not review it de novo. *See* 28 U.S.C. § 636(b)(1). Instead, the Court can apply the clearly erroneous, abuse of discretion, and contrary to law standards of review. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court finds that the [5] Report is not clearly erroneous, an abuse of discretion, or contrary to law. So the Court ADOPTS the [5] Report, DENIES Gross's [2] Motion, and DISMISSES the case WITHOUT PREJUDICE. The Court will issue a separate final judgment consistent with this Order.

The Court has liberally construed the pleadings and considered all arguments. Those it does not address would not have changed the outcome.

SO ORDERED, this 12th day of February, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE